| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Perry Jr, Matthew J | United States District Court | May 15 2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ___ Nomination, Date _____  ___ Initial ✓ Annual ___ Final  5b. ___ Amended Report | January 1 2006 Through December 31, 2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 901 Richland Street Columbia SC 29201 | Reviewing Officer _____ Date _____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION     NAME OF ORGANIZATION/ENTITY

☑ NONE (No reportable positions.)

1 NONE
2 NONE
3 NONE

2001 JUN 20 A 11:16   RECEIVED FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE     PARTIES AND TERMS

☑ NONE (No reportable agreements.)

1 NONE
2 NONE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE     SOURCE AND TYPE     INCOME

### A. Filer's Non-Investment Income

☑ NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 NONE | | $ |
| 2 NONE | | $ |
| 3 NONE | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE (No reportable non-investment income.)

1
2

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PERRY, Jr, Matthew J | May 15 2007 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children.  See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☑ NONE (No such reportable reimbursements.) | |
| NONE | |
| | |
| NONE | |
| NONE | |
| NONE | |
| NONE | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children.  See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☑ NONE (No such reportable gifts.) | | |
| NONE | | $ |
| NONE | | $ |
| NONE | | $ |
| NONE | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☑ NONE (No reportable liabilities.) | | |
| NONE | | |
| NONE | | |
| NONE | | |
| NONE | | |
| NONE | | |

*Value Codes:  J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| PERRY Jr, Matthew J. | May 15 2007 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children.  See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Dates Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Greenville Hospital System Municipal Bond | NONE | | T | | | | | | |
| 2 Rental Property #1 | NONE | | | | | | | | |
| 3 Office Building - 1/3 Interest | NONE | | | | | | | | |
| 4 Van Kampen Emerging Growth AREFY Bond | NONE | | T | | | | | | |
| 5 Merrill Lynch Global Bond Resources | None | | T | | | | | | |
| 6 Merrill Lynch Basic Value FD CLE Bond | NONE | J | W | | | | | | |
| 7 Merrill Lynch Fundamental Growth Bond | NONE | J | W | | | | | | |
| 8 M L Health Care | NONE | | T | | | | | | |
| 9 Davis N Y Venture | NONE | J | T | | | | | | |
| 10 Pimco Long Term US Gov | NONE | J | T | | | | | | |
| 11 Davis Financial Fund | None | J | T | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in complian̶c̶e̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ t. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date May 15 2007

NOTE: ANY IN░░░░░░ KNO░░░░░░░░LFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE
SUBJECT TO CI░░░░░░░INAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS:**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544